IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

HORACE E. HOLLIS )
)
v. ) NO. 3-14-2343
) JUDGE CAMPBELL
WENDELL HOWARD, et al. )

ORDER

Pending before the Court are Defendants' Motion to Dismiss (Docket No. 33) and Defendants' Request for Leave to File Reply (Docket No. 42). Defendants' Request for Leave to File Reply is GRANTED, and the Clerk is directed to file the Reply attached to the Request (Docket No. 42-1).

The referral of dispositive motions to the Magistrate Judge is revoked. For the reasons stated in the accompanying Memorandum, Defendants' Motion to Dismiss (Docket No. 33) is GRANTED, and this action is DISMISSED. Any other pending Motions are denied as moot, and the Clerk is directed to close the file. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

							_____
							TODD J. CAMPBELL
							UNITED STATES DISTRICT JUDGE